UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                            Case No. 3:21-cr-4

vs.

STEPHANIE RENEE GRANADOS,        District Judge Michael J. Newman

    Defendant.

___

**ORDER: (1) CONTINUING DEFENDANT STEPHANIE RENEE GRANADOS'S SUPERVISION UNDER ALL PREVIOUSLY UNDISCHARGED CONDITIONS OF HER SUPERVISION; (2) ADDING THE ADDITIONAL SPECIAL CONDITION THAT DEFENDANT ENTER INTO, PARTICIPATE FULLY AND IN GOOD FAITH, AND SUCCESSFULLY COMPLETE AN INPATIENT SUBSTANCE ABUSE TREATMENT PROGRAM AT WOODHAVEN RESIDENTIAL TREATMENT CENTER ("WOODHAVEN"); (3) DIRECTING THE U.S. MARSHALS TO KEEP DEFENDANT DETAINED AT THE MONTGOMERY COUNTY JAIL UNTIL AN OPEN BED AT WOODHAVEN IS AVAILABLE; (4) DIRECTING U.S. PROBATION TO USE ITS BEST EFFORTS TO SECURE DEFENDANT A BED AT WOODHAVEN AS SOON AS POSSIBLE; (5) DIRECTING U.S. PROBATION TO ENSURE THAT WOODHAVEN TRANSPORTS DEFENDANT FROM THE MONTGOMERY COUNTY JAIL TO WOODHAVEN; AND (6) DIRECTING U.S. PROBATION TO ENSURE WOODHAVEN ACCOMMODATES DEFENDANT'S HEARING IMPAIRMENT**

___

This criminal case is before the Court following a sentencing hearing on November 28, 2022 regarding Defendant Stephanie Renee Granados's violations of supervised release. Defendant previously appeared before Magistrate Judge Caroline H. Gentry, where she admitted to the three violations alleged in U.S. Probation's August 22, 2022 report. At the November 28, 2022 hearing, Defense Counsel, Defendant, Counsel for the Government, and U.S. Probation appeared. All parties agreed that Defendant needs inpatient substance abuse treatment. Defense Counsel and Defendant requested a 28-day treatment at Nova Behavioral Health, stating that Defendant already has contacts there from her prior treatment and that the shorter program would

help her resume her prior employment. U.S. Probation and the Government requested a 60 to 90-day treatment at Woodhaven Residential Treatment Center ("Woodhaven"), stating that Defendant needs a lengthier treatment to successfully overcome her addiction problems.

The Court agrees with U.S. Probation and the Government that the lengthier program at Woodhaven will give Defendant the best chance of treatment success. As such, Defendant is **CONTINUED ON SUPERVISED RELEASE** under all previously undischarged conditions of her supervision. The Court now **ORDERS** the additional special condition that Defendant enter into, participate fully and in good faith, and successfully complete an inpatient substance abuse treatment program at Woodhaven. To this end, the Court **DIRECTS** the U.S. Marshals to keep Defendant detained at the Montgomery County Jail until an open bed at Woodhaven is available. Additionally, the Court **DIRECTS** U.S. Probation to use its best efforts to secure Defendant a bed at Woodhaven as soon as possible. The Court also **DIRECTS** U.S. Probation to ensure that Woodhaven transports Defendant from the Montgomery County Jail to Woodhaven and to ensure that Woodhaven accommodates Defendant's hearing impairment upon her arrival there.

**IT IS SO ORDERED.**

November 29, 2022                                    s/Michael J. Newman
                                                                                           Hon. Michael J. Newman
                                                                                           United States District Judge

cc:    U.S. Marshals
        U.S. Probation