UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                     Case No. 3:21-cr-4

vs.

STEPHANIE RENEE GRANADOS,        District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) RELEASING DEFENDANT FROM THE MONTGOMERY COUNTY JAIL TO THE CUSTODY OF WOODHAVEN RESIDENTIAL TREATMENT CENTER ("WOODHAVEN") ON TUESDAY, DECEMBER 6, 2022 UPON THE ARRIVAL OF A WOODHAVEN REPRESENTATIVE, AT APPROXIMATELY 11:00 AM, FOR THE WOODHAVEN REPRESENTATIVE TO TRANSFER DEFENDANT DIRECTLY TO WOODHAVEN FOR INPATIENT SUBSTANCE ABUSE TREATMENT; (2) CONFIRMING THAT DEFENDANT MUST ENTER INTO, PARTICIPATE FULLY AND IN GOOD FAITH, AND SUCCESSFULLY COMPLETE THIS PROGRAM; AND (3) DIRECTING DEFENDANT TO IMMEDIATELY CONTACT PROBATION OFFICER ERIC DERN FOR FURTHER INSTRUCTIONS AFTER SHE SUCCESSFULLY COMPLETES THE PROGRAM**

---

This criminal case is before the Court following notification from U.S. Probation that Woodhaven can accept Defendant Stephanie Renee Granados for inpatient substance abuse treatment on Tuesday, December 6, 2022 at 11:00 AM. This Court previously modified the terms of Defendant's supervised release to require her to enter inpatient substance abuse treatment at Woodhaven and to keep her detained at Montgomery County Jail until Woodhaven takes custody of her for inpatient treatment.

Thus, the Court **ORDERS** the Montgomery County Jail to release Defendant to the custody of Woodhaven on Tuesday, December 6, 2022 upon the arrival of a Woodhaven representative, at approximately 11:00 AM, for the Woodhaven representative to transfer Defendant directly to

Woodhaven for inpatient substance abuse treatment.  The Court previously ordered and now **CONFIRMS** that Defendant must enter into, participate fully and in good faith, and successfully complete this program.  Once Defendant successfully completes and is released from the program, she **SHALL** immediately contact Probation Officer Eric Dern for further instructions.

    **IT IS SO ORDERED.**

   December 5, 2022                                    s/Michael J. Newman  
                                                          Hon. Michael J. Newman  
                                                          United States District Judge

cc:    U.S. Marshals  
       U.S. Probation  
       Counsel of Record